STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**CARMEN L MARTINEZ TORRENS**          Case No.   11-05849-MCF

                                        Chapter 13     Attorney Name:   JOSE M PRIETO CARBALLO*

| I. Appearances | | | Date & Time: 8/15/2011 10:58:00AM |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | [X] R    [ ] NR    LV: $6,007.00 |
| Joint Debtor | [ ] Present | [ ] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | Creditors: |
| [ ] Prose | | | |
| [ ] Substitute | | | First Bank I. Romero |

**II. Oath Administered**
  [X] Yes           [ ] No

**III. Plan**

Date:   07/08/2011         Base:     $24,000.00    Payments 1 made out of 1 due.

**Confirmation Hearing Date:**     9/16/2011  3:30:00PM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

   $3,000.00   -   $205.00   =   $2,795.00

**IV. Status of Meeting**

[X] Closed        [ ] Not Held      [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**CARMEN L MARTINEZ TORRENS**  Case No. **11-05849-MCF**

Chapter 13    Attorney Name: **JOSE M PRIETO CARBALLO***

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [X] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State - years |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | [ ] Public Liability Insurance |
| |    [ ] Premises |
| [ ] DSO Recipient's Information |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1. I reviewed tax returns for 2007 to 2010. 2. Schedule I does not shw 2 depedents she has, ages 18 & 80. That schedule is also to show that the $500.00 help from daughter is actually her child support. 3. Debtor will amend plan to surrender shares to Coop Sabanera. 4. Add year to date information on SOFA 1. 5. Need insurance quotes for the 2 vehicles.

s/Alejandro Oliveras    Date:  08/15/2011

Trustee/Presiding Officer    (Rev. 02/11)